# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

1100 East Main Street, Suite 501
Richmond, Virginia 23219-3517
www.ca4.uscourts.gov

June 26, 2017

Kim Michelle Crump
440 Monticello Avenue
Suite 1873
Norfolk, VA 23510

Kevin Patrick Hudson
OFFICE OF THE UNITED STATES ATTORNEY
Fountain Plaza 3
721 Lakefront Commons
Suite 300
Newport News, VA 23606-0000

Mr. Eric Matthew Hurt
OFFICE OF THE UNITED STATES ATTORNEY
Fountain Plaza 3
721 Lakefront Commons
Suite 300
Newport News, VA 23606-0000


No. 17-4230,    US v. Nader Abdallah
                4:15-cr-00018-RAJ-LRL-3

Dear Counsel:

     In regards to the responses filed by counsel regarding consolidation an order was issued today consolidating Case No. 17-4357(L) with Case No. 17-4377. This appeal will not be consolidated with any other case and will continue on separately.

                        Sincerely,

                        /s/ Tony Webb
                        Deputy Clerk